O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:       DATE:     DEPUTY CLERK:

Plaintiff; March 25, 2015 by DV



FILED
CLERK, U.S. DISTRICT COURT

3/24/2015

CENTRAL DISTRICT OF CALIFORNIA
BY:        CW         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RODRIGO ALONZO BERNAL,

　　　　Petitioner,

　　vs.

M.D. BITER, Warden,

　　　　Respondent.

Case No. CV 14-6650-MWF (RNB)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, including the Report and Recommendation of the United States Magistrate Judge, and petitioner's objections thereto. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　In his objections, petitioner has requested for the first time an evidentiary hearing on his instructional error claim(s). However, under the Supreme Court's holding in Cullen v. Pinholster, - U.S. -, 131 S. Ct. 1388, 1398, 179 L. Ed. 2d 557 (2011), review of state court decisions under § 2254(d)(1) "is limited to the record that was before the state court that adjudicated the claim on the merits." Thus, it follows from the Court's acceptance of the Magistrate Judge's finding that petitioner has failed to meet his AEDPA burden with respect to his instructional error claim(s) that

petitioner is not entitled to an evidentiary hearing herein. See also Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998) (holding, in a case pre-dating the Supreme Court's reversal of the Ninth Circuit in Pinholster, that "an evidentiary hearing is not required on issues that can be resolved by reference to the state court record").

IT THEREFORE IS ORDERED that: (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 24, 2015

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE