I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:   DATE:   DEPUTY CLERK:
Plaintiff; March 25, 2015 by DV

FILED
CLERK, U.S. DISTRICT COURT
3/24/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: CW   DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO ALONZO BERNAL, | Case No. CV 14-6650-MWF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| M.D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   March 24, 2015

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 25 2015
CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY